JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE LAKELL MORRIS, <br><br> Petitioner, <br><br> v. <br><br> D. HOLBROOK, et al., <br><br> Respondents. | Case No. 2:20-cv-03344-FLA (AGR) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

    Pursuant to the court's Order Accepting Findings and Recommendations of United States Magistrate Judge, the court DENIES the Petition for Writ of Habeas Corpus and DISMISSES the action with prejudice.

    IT IS SO ORDERED.

Dated: March 29, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge